IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DENISE MATIER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:24-CV-2106-RJD[1] |
| | ) |
| **MARTIN O'MALLEY,** | ) |
| **Commissioner of Social Security** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM AND ORDER

**DALY, Magistrate Judge:**

This matter comes before the Court on the parties' Joint Motion to Award Attorney Fees and Expenses. (Doc. 16).

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B). The Court further finds that the amount sought is reasonable and appropriate. Therefore, the Joint Motion to Award Attorney Fees and Expenses (Doc. 16) is **GRANTED**. Plaintiff is awarded $2,500 (Two Thousand Five Hundred Dollars and Zero Cents) for attorney fees and expenses in full satisfaction of any and all claims that may be payable to Plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, defendant will direct that the award be made payable

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). (Doc. 10).

1

to **Rory J. Linerud**, pursuant to the EAJA assignment duly signed by Plaintiff.  If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

**Rory J. Linerud**
**Linerud Law Firm**
**PO Box 5734**
**Salem, OR 97304**


**IT IS SO ORDERED.**

**DATED:  November 18, 2024**


*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**